FREDERICK W. AINSWORTH, *late General Guardian, etc., Appellant,* v. ELIZABETH W. ALDRICH, *General Guardian, etc., Respond-*

*ent.* — Decree of the surrogate modified by crediting the late guardian with the sum of $2,676.63, being the amount of the payments for interests and insurance made upon the Rutherford Park mortgage, and as so modified affirmed, without costs to either party.    Opinion by HAIGHT, J.